# EXHIBIT 2

> Nov 03, 2019 4:39:17 PM + [redacted]
>
> Please give me a call when you have the chance.

> Nov 04, 2019 6:28:02 PM (Read by you after 2 hours, 50 minutes) + [redacted]
>
> HCRP issues remain unresolved. Ryan will give detailed update tomorrow. Everyone is trying to extort us.

> Nov 11, 2019 6:13:45 PM (Read by you after 7 minutes) + [redacted]
>
> Please give me a call about proposed artesunate PR.

> Nov 12, 2019 11:24:42 AM (Read by them after 1 second) Me
>
> Any update? Thanks

> Nov 12, 2019 11:25:08 AM (Read by them after 1 second) Me
>
> Boarding in about 30 min thanks

> Nov 12, 2019 11:33:14 AM (Read by you after 11 seconds) + [redacted]
>
> Craig has the latest. He spoke with Luke after the group call this morning.

> Nov 12, 2019 11:33:46 AM Me
>
> What would you like to do? Thanks

> Nov 12, 2019 11:36:53 AM (Read by you after 2 minutes, 21 seconds) + [redacted]
>
> It's your call.

> Nov 12, 2019 11:40:00 AM (Read by them after 2 seconds) Me
>
> I would prefer to follow your lead actually.

> Nov 12, 2019 11:40:12 AM Me
>
> I'm fine either way

> Nov 12, 2019 11:58:48 AM Me
>
> Ok I understand from Craig you prefer waiting for the acceptance. I've instructed my team to change earnings release and 10Q accordingly. Thanks

> Nov 12, 2019 12:01:24 PM (Read by them after 1 second) Me

> They will send to Dennis shortly

> Nov 23, 2019 3:45:10 PM (Read by them after 33 seconds) Me
> Was checking to see if you would like to talk before this board call. Thanks

Nov 23, 2019 3:51:30 PM +█████

What's the process?

> Nov 23, 2019 3:52:38 PM Me
> Just tried you again

Nov 23, 2019 3:53:24 PM +█████

I'll call in 5. At the game. What's the process?

Mar 27, 2020 9:04:36 PM (Read by you after 13 seconds) +█████

You are suffering from your disorder. Get help as soon as possible. You will be exposed if you keep up this tragedy. I feel compassion for you.

Mar 27, 2020 9:07:18 PM (Read by you after 1 hour, 1 minute, 56 seconds) +█████



**Mayo Clinic**
Narcissistic personality disorder - Symptoms and causes

> This mental health disorder includes an inflated sense of importance, a deep need for excessive admiration, fragile self-esteem and troubled relationships.

May 27, 2020 3:28:21 PM (Read by you after 24 minutes, 13 seconds) +█████

> Ha!

Jul 06, 2020 5:54:48 PM +█████

> Are you enjoying failure? Get used to it.

Nov 19, 2020 6:59:32 PM (Read by them after 1 second) Me

Hi George:

Hope you are well. We wired $894,453 today to your Chase account for your share of an ALI distribution. Can you please let me know if you received? I know there was some past confusion over the right bank account.

Thanks!

Nov 19, 2020 7:08:32 PM (Read by you after 4 minutes, 7 seconds) +█████

> Hi Kevin:
>
> I received the funds. Perhaps you or someone from ALI can walk me through how this payment aligns with the payment schedule you sent to me in August 2019 after you asked me to leave the board. I would appreciate an accounting of the discrepancy.
>
> Thanks

Nov 19, 2020 7:46:20 PM (Read by you after 15 minutes, 34 seconds) +█████

> And I do want to say thank you for making this payment early before the books are closed on the year. Thanks.

Nov 19, 2020 8:02:06 PM (Read by them after 1 second) Me

Sure thing

Jan 29, 2021 11:09:35 AM +█████

> Payment received. Thank you.

Jun 09, 2025 7:35:00 PM (Read by them after 2 seconds) Me

> Hi George: Hope you are well. Amanda Fryzek mentioned that you left her a message that you urgently needed to speak with me. What's up? Thanks

Jun 09, 2025 8:21:50 PM (Read by you after 9 minutes, 32 seconds) +[redacted]

Thank you for responding. I've asked her many times in the past year to provide a copy of the Equity Plan referenced in my Service Agreement. ALI has not extended even the simple curtesy of responding to these requests. It has now become imperative that I have all documents in possession of ALI related to my financial interest. This includes any confidentiality agreement. (I asked for this several years ago also without response.) Please do me the simple favor of providing all documentation related to my financial interest in ALI. This is not a controversial or burdensome ask. Please send to [redacted] Thank you

Jun 10, 2025 10:05:19 AM (Read by you after 17 minutes, 40 seconds) +[redacted]

Good morning. Perhaps it would be helpful for us to speak so that you can understand why I need this information. Thanks

> Jun 10, 2025 10:23:36 AM Me
> No need. I'm gathering and will send shortly. Thanks

> Jun 17, 2025 10:53:30 PM (Read by them after 6 seconds) Me
> Hi George: Hope you are well. Please let me know when you have a few minutes to talk. Thanks!

Jun 18, 2025 6:51:28 AM +[redacted]

Hi Kevin. I have time noon to 2 today if that window works for you thanks

> Jun 18, 2025 11:36:30 AM (Read by them after 1 second) Me
> Great how about 1pm PT? Thanks

Jun 18, 2025 11:44:15 AM (Read by you after 3 hours, 17 minutes, 55 seconds) +[redacted]

Sounds good.

Jun 24, 2025 12:10:12 PM (Read by you after 27 seconds) +[redacted]

FDA would like a very brief note maybe just an email saying that you've agreed in principle to transfer to an LLC permed by my adult children. Is that possible? Thank you!

> Jun 24, 2025 12:11:17 PM (Read by them after 2 seconds) Me

> Yes no problem

Jun 24, 2025 12:12:54 PM + ▓▓▓
Thank you. Maybe a quick email?

Jul 02, 2025 10:22:58 PM (Read by you after 54 minutes, 48 seconds) + ▓▓▓
Would you be available to meet me in person in LJ July 16 or 17?

Jul 03, 2025 1:00:56 PM (Read by them after 1 second) Me
> Sure I should be around

Jul 03, 2025 1:20:48 PM (Read by you after 12 minutes, 36 seconds) + ▓▓▓
Thank you. I will confirm next week. Have a nice holiday

Jul 03, 2025 1:33:38 PM (Read by them after 2 seconds) Me
> Great. Likewise.

Jul 08, 2025 2:49:26 PM (Read by you after 2 minutes, 31 seconds) + ▓▓▓
I won't know until the end of the week if I can come to SD to meet. My apologies but something came up. Hoping you are still free once I know by Friday EOB. Thanks for your patience

Jul 14, 2025 11:35:34 AM (Read by you after 23 minutes, 40 seconds) + ▓▓▓
I won't be in SD this week but perhaps we can connect by phone for a few minutes today or tomorrow. Thanks

Jul 16, 2025 7:59:07 PM (Read by you after 5 hours, 11 minutes, 22 seconds) + ▓▓▓
Any chance you can connect me with a couple of bankers like from Goldman and JPM? Thanks

Jul 17, 2025 6:07:01 PM (Read by them after 12 minutes, 41 seconds) Me
> Hi just tried you re banker question. Call anytime. Thanks

Aug 03, 2025 1:02:16 PM (Read by them after 2 seconds) Me
> Dear George:
>
> I hope you are well. Now that you are at FDA, I wanted to make sure that

you were aware that American Laboratories has made a request that the FDA cease admitting illegal foreign imports of DTE API. On July 11, we had what I thought was a constructive meeting with Wendy Vicente, Deborah Chasan-Sloan, Leah Edelman, Dan Solis and Faiad Rahaman. However, we have yet to receive a response. FDA has asked for two extensions to get back to us, first from July 21 to August 1, then from August 1 to August 6.

In our meeting, American Laboratories: (1) assured the FDA that blocking illegal foreign imports would not cause a shortage (American Laboratories in fact supplied 100% of the US market for two decades before the illegal imports were permitted); and (2) pledged that American Laboratories would make DTE API available for the US market at the same acquisition cost at which it is currently being obtained from Bioiberica of Spain and Nordmark of Germany.

Please only respond if appropriate, but I wanted to make sure that you were aware of the situation.

Sincerely,

Kevin