# EXHIBIT 3

 Outlook

**FW: HRTX**

-----Original Message-----
From: George Tidmarsh <​​​​​​​​​​​​​​​​>
Sent: Friday, July 3, 2020 8:17 PM
To: Craig Johnson <​​​​​​​​​​​​​​​​​​​​​​​​​​>
Subject: HRTX

Have you had enough failure? I recommend you resign ODT and take any profit. More bad karma to come.