# EXHIBIT 4

 Outlook

**FW: ODT**

**From:** George Tidmarsh <​█████████████​>
**Sent:** Tuesday, August 25, 2020 7:59 AM
**To:** Craig Johnson <​█████████████​>
**Subject:** ODT

Hi Craig,
I do care about you despite everything that you have (not) done for me. You guys are headed for disaster predicting an NDA mid-2021 with that data.  FDA is going to give you the HRTX treatment big time.  A little bird told me that the FDA does not trust and will not work with KT. Get out while you can.
George