# EXHIBIT 5

 Outlook

**FW: MRTX**

-----Original Message-----
From: George Tidmarsh <​█████████████████​>
Sent: Sunday, February 27, 2022 6:31 PM
To: Craig Johnson <​█████████████████​>
Subject: MRTX

The pain is not over. You should have been more thoughtful.