# EXHIBIT 6



**George F Tidmarsh**
Director, Center for Drug Evaluation and Research US FDA

**George F Tidmarsh** · 1st
Director, Center for Drug Evaluation and Research US FDA

OCT 11, 2022



**George F Tidmarsh** · 2:18 PM

Hey. Hope you are doing well. Best for all that I'm in the loop on ST1891. Hope you see the value in that. Take care.

MAR 6, 2024



**George F Tidmarsh** · 4:30 AM

Looks like you screwed up the ST-1891 study. Zeno surprise there. It would never make it through FDA anyway, trust me I know. Jounce will fail also, I have an inside track on that. Hooked your wagon to the wrong horse buddy