# EXHIBIT 7

 Outlook

## Fwd: Information Request

**From** George Tidmarsh <████████████>
**Date** Fri 11/29/2024 8:47 AM
**To** Kevin Tang <████████████>

sending this one last time before we end up in a negative situation. please respond