# EXHIBIT 8

 **George F Tidmarsh** · 1st
Physician Scientist
2h · 

...    ✕

The new FDA needs to remove harmful, useless drugs from the market.  Let's start with desiccated thyroid extract.  An unapproved, crude pig tissue extract that is proven worse than synthetic thyroid hormone and harmful.  Working with the new FDA to remove it permanently from the market.