# EXHIBIT 9

 Outlook

## Good Luck

**From** George Tidmarsh <​>
**Date** Sat 11/30/2024 5:06 PM
**To** Kevin Tang <​>

https://www.linkedin.com/posts/activity-7268790966122090496-ALP6?utm_source=share&utm_medium=member_desktop