# EXHIBIT 10

 **Outlook**

## What in the world is wrong with you?

**From** George F Tidmarsh <█████████████>
**Date** Tue 12/10/2024 1:08 PM
**To** Kevin Tang <█████████████>

I've have made a simple request for you to communicate with me yet you have not.  I'm Not powerless.

George F. Tidmarsh, MD, PhD
Adjunct Professor, Pediatrics and Neonatology
Founder, M-TRAM
Senior Advisor, Center for Advanced Pediatric and Perinatal Education