# EXHIBIT 11

 Outlook

**Re: Dr. Tidmarsh and ALI**

**From** George Tidmarsh
**Date** Fri 8/1/2025 4:17 AM
**To** Joseph P. Galda
**Cc** Kevin Tang  ; Joseph P. Galda

Thank you JP. I can confirm these instructions

> On Jul 31, 2025, at 21:19, Joseph P. Galda wrote:
>
> Mr. Tang: Sorry for the typo. I meant in care of.
>
> Best,
>
> JPG
>
> **JOSEPH P. GALDA**
> **J.P. Galda & Co.**
> 40 East Montgomery Avenue, LTW 220
> Ardmore , PA 19003
>
> M:+
> E:
>
> **From:** Joseph P. Galda
> **Date:** Thursday, July 31, 2025 at 4:54 PM
> **To:** kevin
> **Cc:** George F. Tidmarsh, M.D. Ph.D.
> **Subject:** Dr. Tidmarsh and ALI
>
> Mr. Tang:
>
> As I'm sure you know, Dr. Tidmarsh has begun his duties at the Food and Drug Administration which require his divestiture of all interests in pharmaceutical and biotechnology companies and in that connection his right to receive payment under the services agreement with a ALI. His services having been completed, he has assigned the right to receive payments Virello Group, LLC, which is a limited liability company managed by me for the benefit of each of his three sons. Please direct payments to not care of J.P. Galda & Co., 40 E. Montgomery Ave., LTW 220, Ardmore, PA 19003. Recognizing the need to assure you that this is his instruction, I am asking him to return confirmation to this email.
>
> Should have any question in this regard, please call me at                     .
>
> Kind regards,
>
> JPG