# EXHIBIT 12

 Outlook

## Agreement with Dr. Tidmarsh

**From** Joseph P. Galda <████████████████>
**Date** Thu 8/28/2025 12:08 PM
**To** Kevin Tang <████████████████>

Kevin:

I hope this finds you well. It is my understanding that ALI may have issues that require an extension of the services agreement. Accordingly, we propose to extend the services agreement for another 10 years.. Please let me know if this is acceptable and if so, I will prepare the associated paperwork.

Best,

JPG


**JOSEPH P. GALDA**
**J.P. Galda & Co.**
40 East Montgomery Avenue, LTW 220
Ardmore , PA 19003

M: ████████████
E: ████████████████