# EXHIBIT 13

| | |
|---|---|
| **From:** | Joseph P. Galda |
| **To:** | Kevin Tang |
| **Subject:** | Re: Agreement with Dr. Tidmarsh |
| **Date:** | Friday, October 31, 2025 11:33:54 AM |

Kevin: Just to be clear, in his capacity with the FDA George cannot provide any assistance. To the extent that this email is soliciting assistance in is governmental capacity, this is highly inappropriate and would require a referral to the appropriate authorities.

JPG

**JOSEPH P. GALDA**

**J.P. Galda & Co.**

40 East Montgomery Avenue, LTW 220

Ardmore , PA 19003

**M:** +

**E:**

**From:** Kevin Tang

**Date:** Thursday, September 4, 2025 at 1:06 PM

**To:** Joseph P. Galda

**Subject:** Re: Agreement with Dr. Tidmarsh

Dear Joe:

Happy to consider this. Can you please provide some clarity on what issues George can help with?

Thanks!

Kevin

Kevin Tang
Tang Capital Management, LLC

> On Aug 28, 2025, at 12:08 PM, Joseph P. Galda wrote:

Kevin:

I hope this finds you well. It is my understanding that ALI may have issues that require an extension of the services agreement. Accordingly, we propose to extend the services agreement for another 10 years.. Please let me know if this is acceptable and if so, I will prepare the associated paperwork.

Best,

JPG

**JOSEPH P. GALDA**

**J.P. Galda & Co.**

40 East Montgomery Avenue, LTW 220

Ardmore , PA 19003

**M:**+

**E:**