# EXHIBIT 15

# Top FDA drug regulator's unusual criticism of a therapy gets Wall Street wagging

The regulator, George Tidmarsh, has a personal connection to drugmaker's largest investor



George Tidmarsh was named head of the FDA's Center for Drug Evaluation and Research in July. FDA YouTube

By Adam Feuerstein   Sept. 29, 2025

Senior Writer, Biotech

Is George Tidmarsh, the Food and Drug Administration's top regulator, trying to exact revenge on a prominent Wall Street investor after a run-in with him six years ago?

It's the question biotech investors were wagging about all Monday after Tidmarsh used his personal LinkedIn page to raise questions about the safety of voclosporin, a rather obscure drug the FDA approved in 2021 to treat patients with lupus nephritis, a type of autoimmune disease that damages the kidneys.

Voclosporin has "significant toxicity," Tidmarsh wrote in his LinkedIn post, adding that the drug "has not been shown to provide a direct clinical benefit for patients."

Aurinia Pharmaceuticals is the Canadian drugmaker that sells voclosporin under the brand name Lupkynis. Its stock price sank 16% on the Tidmarsh comments.

It's highly unusual, if not unheard of, for a top FDA official to use a personal social media account to criticize a specific drug, particularly without providing evidence to back up such a claim.



Screen capture via LinkedIn

But what got investors so worked up about Tidmarsh's comment was speculation about his motivation, particularly in light of his personal connection to Kevin Tang, chairman of Aurinia's board of directors. Tang is also president of Tang Capital Management, his eponymous investment fund and Aurinia's largest shareholder.

The two men know each other well. Tidmarsh was once the CEO of La Jolla Pharmaceuticals. Tang was the company's chairman and also a large shareholder. In November 2019, Tidmarsh left the company unexpectedly after its only approved drug flopped commercially and another key drug in its pipeline failed a clinical trial.

In a press release issued at that time, Tang, speaking for La Jolla, said Tidmarsh had left the company to "pursue other interests," which in the lexicon of American business communications is often code to suggest a more complicated backstory. An SEC filing described Tidmarsh's departure as a resignation and noted that a search for a successor has been initiated.

The circumstances surrounding the end of Tidmarsh's time with La Jolla Pharma would have been forgotten to biotech history had he not chosen to single out voclosporin, of all drugs, in the LinkedIn post on Monday. Hours after posting his comment, Tidmarsh deleted it, saying that it did not "reflect the views of FDA or HHS."

It's possible, of course, that it was merely coincidental that Tidmarsh had a connection to Aurinia's largest investor. But as word of his initial post spread among biotech investors, his past connection to Tang was brought up as a possible explanation.

Had Tidmarsh been harboring a grudge against Tang for all these years?

As the head of the FDA's Center for Drug Evaluation and Research, was Tidmarsh now using his regulatory power to single out voclosporin, and by proxy, send a message to Tang? His post appears to have been prompted by concerns that the agency has been too lax in approving drugs based on surrogate endpoints through accelerated approval, but voclosporin received full approval based on a clinical trial using the most robust endpoint for lupus nephritis.

The Department of Health and Human Services, which oversees the FDA, did not respond to an email seeking comment. Tang did not respond to a message seeking comment, nor did Aurinia Pharmaceuticals.

No one involved in this bizarre situation wants to talk about what happened and why. Everyone else does.