# EXHIBIT 16



**George F Tidmarsh** · 1st
Director, Center for Drug Evaluation and Resear...
12m ·

The views in my last post were my own personal views. They do not reflect the views of FDA or HHS. All official guidance or comments from the Agency or Department are made through official channels. For the avoidance of confusion I have deleted the post.